UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CHAPTER 13
**Kimberly Paris**  CASE NO: 18-53563
XXX-XX-4188  **JUDGE** Mark A Randon
      **Debtor(s)**
_____/

## AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon Motion of the Debtor(s),

**IT IS HEREBY ORDERED** that *Aerotek Professional Services, 7301 Parkway Drive, Hanover, MD 21076* forward to at the following address: **Chapter 13 Trustee – KSC, P.O. Box 2018 Memphis, TN 38101-2175,** **$ 321.92 per weekly** from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor's income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums. Debtor's Chapter 13 payment shall not be deducted from Debtor's vacation pay.

**Signed on July 31, 2019**



/s/ Mark A. Randon

Mark A. Randon
United States Bankruptcy Judge