United States Bankruptcy Court
Eastern District of Michigan

IN RE:  
**Kimberly E Paris**  
XXX-XX-4074  
    **Debtor(s)**

_____/

CHAPTER 13  
CASE NO: 18-53563  
JUDGE MARK A RANDON

**Debtor's Chapter 13 Confirmation Hearing Certificate**
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. _X_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections #1: Plan payment not posted, plan is unfeasible, plan does not meet best interest, Trustee requests documents upon which the debtor relies as it may affect the best interest of the creditors pursuant to U.S.C. § 1325(a)(4).
    Issues: Attorney would like to discuss Trustee's objections at the hearing.

    Creditor # 1:
    Objections:
    Issues:

3. ___ Request an adjournment of the confirmation hearing to June 5, 2019, due to the following good cause:
    Debtor filed an Amended Plan on January 9, 2019

4. ___ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

Date: __08/29/2019__

/s/ Anthony Y Abueita  
Debtor's Attorney  
Anthony Y Abueita (P-70755)  
703 S Grand Traverse Ave  
Flint, MI 48502  
(810) 235-8669  
abueitalaw@gmail.com